

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,863

### EX PARTE CHARLES LUGO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 04-223-K368A IN THE 368TH DISTRICT COURT
### FROM WILLIAMSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of sexual assault of a child and sentenced to twenty years' imprisonment on each count to be served consecutively.

Applicant contends that he was denied his right to appeal. We remanded this application to the trial court for additional findings of fact and conclusions of law.

The trial court has determined that Applicant was denied his right to appeal. We find,

therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 04-223-K368 from the 368th Judicial District Court of Williamson County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Applicant's remaining claims are dismissed. *Ex Parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: March 12, 2008
Do Not Publish